**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  16 B 21110 |
| | ) | CHAPTER 13 |
| **Mark Brownlow** | ) | Geneva, IL |
| **Debtor** | ) | Hon. Janet Baer |
| | ) | |

**NOTICE OF MOTION**

TO:  Glenn B. Stearns, Trustee 801 Warrenville Road, Suite 650 Lisle, IL 60532 (Via CM/ECF)

   Patrick S. Layng 219 S. Dearborn St. room 873 Chicago, IL 60604 (Via CM/ECF)

   Peter Bastianen 15W030 North Frontage Road, Suite 100 Burr Ridge, IL 60527; Attorney for Ocwen Loan Servicing, LLC (Via CM/ECF)

   Ocwen Loan Servicing, LLC Attn: Bankruptcy Dept P.O. Box 24605 West Palm Beach, FL 33416 (Via U.S. Mail)

See Attached Service List
   Please take notice that on February 10, 2017, at 9:30 A.M. counsel for Debtor will appear before the Honorable Judge Baer, in the courtroom at the U.S. Bankruptcy Court, 100 S. Third Street, Room 240 Geneva, IL 60134 and shall then and there present the attached Motion to Reinstate the Automatic Stay, at which time you may appear if you so choose.

**PROOF OF SERVICE**

   The undersigned, an attorney, certifies that he mailed a copy of this notice and attached motion to the above listed person(s), and all parties listed on the attached service list via U.S. mail with postage pre-paid, or via CM/ECF from the office located at 1011 Warrenville road, Suite 150, Lisle, IL 60532 on January 25, 2017 before 5:00 p.m.


*/s/ Stephan Gregorowicz*
Attorney for Debtor


Lynch Law Offices, P.C.
1011 Warrenville Road, Suite 150
Lisle, IL 60532
630-960-4700

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  16 B 21110 |
| | ) | CHAPTER 13 |
| Mark Brownlow | ) | Geneva, IL |
| Debtor | ) | Hon. Janet Baer |
| | ) | |

## MOTION TO REINSTATE AUTOMATIC STAY

Now comes, Mark Brownlow, Debtor, by and through his attorney Lynch Law Offices P.C., moves this Honorable Court to reinstate the automatic stay against Ocwen Loan Servicing LLC :

1. The debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C on June 29, 2016.

2. This Honorable Court confirmed the debtor's Chapter 13 plan on September 16, 2016.

3. On December 29, 2016 Ocwen Loan Servicing LLC filed a motion to for relief from stay due to the post-petition mortgage payment delinquency.

4. On January 6, 2017 this Honorable Court entered an order granting the motion for relief from stay.

5. The debtor now has the funds to cure the post-petition default.

6. The debtor respectfully requests this Honorable Court to reinstate the automatic stay as to Ocwen Loan Servicing LLC.

WHEREFORE, the debtor, Mark Brownlow, prays this Honorable Court for the following relief:

A. That this Honorable Court reinstate the automatic say as to Ocwen Loan Servicing LLC; and

B. For such other and further relief this court deems just and proper.

Respectfully submitted,

*/s/ Stephan Gregorowicz*
Attorney for Debtor

Lynch Law Offices, P.C.
1011 Warrenville Road Suite 150
Lisle, IL 60532

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 16-21110<br>Northern District of Illinois<br>Chicago<br>Wed Jan 25 15:30:49 CST 2017 | OCWEN LOAN SERVICING, LLC<br>C/O Codilis & Associates, P.C.<br>15W030 North Frontage Rd.<br>Suite 100<br>Burr Ridge, IL 60527-6921 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Atg Credit Llc<br>1700 W Cortland St<br>Ste 2<br>Chicago, IL 60622-1131 | Capital One NA<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Codilis & Associates, PC<br>15W030 N Frontage Road<br>Suite 100<br>Burr Ridge, IL 60527-6921 |
| (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Diamond Bay Homeowners Association<br>c/o Steven Heuberger, Reg. Agent<br>1035 Garfield Ave.<br>Libertyville, IL 60048-3643 | Diamond Bay Homeowners Association<br>c/o Villa Management<br>PO Box 7110<br>Libertyville, IL 60048-7110 |
| Diversified Consultant<br>Dci<br>Po Box 551268<br>Jacksonville, FL 32255-1268 | Illinois Department of Revenue<br>PO Box 64338<br>Chicago, IL 60664-0338 | Internal Revenue Service (IRS)<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Kohls/Capital One<br>Po Box 3120<br>Milwaukee, WI 53201-3120 | Merchants Credit<br>223 W Jackson Blvd<br>Ste 700<br>Chicago, IL 60606-6914 | Ocwen Loan Servicing Llc<br>Attn: Research Dept<br>1661 Worthington Rd   Ste 100<br>West Palm Beach, FL 33409-6493 |
| Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>P.O. Box 24605<br>West Palm Beach, FL 33416-4605 | SANTANDER CONSUMER USA, INC.<br>as Assignee for HSBC<br>P.O. BOX 961245<br>FORT WORTH, TX 76161-0244 | Santander Consumer USA<br>Po Box 961245<br>Fort Worth, TX 76161-0244 |
| TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 9013<br>ADDISON, TEXAS 75001-9013 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | USAA Savings Bank<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Usaa Savings Bank<br>Po Box 47504<br>San Antonio, TX 78265-7504 | Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532-4350 | John J Lynch<br>Lynch Law Offices, P.C.<br>1011 Warrenville Road, Suite 150<br>Lisle, IL 60532-0930 |
| Mark Brownlow<br>3454 Saint Barthlemy Lane<br>Aurora, IL 60504-3116 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Dell Financial Services              (d)Dell Financial Services, LLC       Toyota Motor Credit Co
c/o DFS Customer Care Department     Resurgent Capital Services            Toyota Financial Services
PO Box 81577                         PO Box 10390                          Po Box 8026
Austin, TX 78708                     Greenville, SC 29603-0390             Cedar Rapids, IA 52408
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)OCWEN LOAN SERVICING, LLC         End of Label Matrix
C/O Codilis & Associates, P.C.       Mailable recipients    25
15W030 North Frontage Rd.            Bypassed recipients     1
Suite 100                            Total                  26
Burr Ridge, IL 60527-6921
```